UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>JENNIER JOYCE DOUGLAS,<br><br>                                  Defendant. | Case No. 1:16-CR-2085-SMJ<br><br>CRIMINAL MINUTES<br><br>DATE: 01/11/2017  LOCATION: Yakima<br><br>PRETRIAL CONFERENCE/<br>MOTION HEARING |
|---|---|

| | **Judge Salvador Mendoza, Jr.** | | |
|---|---|---|---|
| Debbie Brasel<br><br>**Courtroom Deputy** | **Law Clerk** | **Interpreter** | Lynette Walters<br><br>**Court Reporter** |
| Meghan M. McCalla<br><br>**Plaintiff's Counsel** | | Kenneth D. Therrien<br><br>**Defendant's Counsel** | |

**[XX] Open Court**

Defendant **present in custody** of the US Marshal

Mr. Therrien moves Court to Continue the Current Trial Date of February 13, 2017 [ECF No. 27]

Response by Mr. McCalla; USA has no objection to this continuance

Defendant advises Court she has no objection to the continuance of the current trial date in this matter

**Court:**     Defendant's Motion to Continue [ECF No. 27] **is granted.** Court excludes all time from speedy trial calculations from the date the motion was filed by the defendant to new date of trial. Current trial date of 02/13/2017 is stricken and **reset for 08/07/2017 at 9:00 am in Yakima;** Pretrial Conference is **reset for 07/12/2017 at 10:00 am in Yakima.**

Statement of Reasons in Support of the Motion to Continue Trial is executed by the defendant and filed with the Court

**[XX] ORDER FORTHCOMING**

| CONVENED: 10:05 AM | ADJOURNED: 10:13 AM | TIME:    / 08 MINUTES | |
|---|---|---|---|