UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER JOYCE DOUGLAS,<br><br>Defendant. | No. 1:16-CR-02085-SMJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER |

Before the Court, without oral argument, are the United States of America's Unopposed Motion for Discovery Protective Order, ECF No. 44, and related Motion to Expedite, ECF No. 45. Through this motion, and pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States seeks a protective order from this Court regarding the dissemination of discovery materials and the sensitive information contained within the discovery materials. ECF No. 44 at 1. The discovery material in this matter includes records and evidence containing personal and medical information and identifiers, including social security numbers, driver's license and identification information, dates of birth, birth places, addresses, phone numbers, e-mail addresses, and personal photographs. *Id.*

ORDER GRANTING MOTION FOR A DISCOVERY PROTECTIVE ORDER - 1

at 1–2. Defendant does not oppose the motion. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The United States' Unopposed Motion for Discovery Protective Order, **ECF No. 44**, is **GRANTED.**

**2.** The United States' Motion to Expedite Hearing, **ECF No. 45**, is **GRANTED.**

**3.** The Court enters the following Protective Order:

    *A.* Defense Counsel shall not share or provide any discovery items produced by the United States in this case with anyone other than designated Defense Counsel and Defense Counsel's investigators, retained expert witnesses, and support staff. Defense Counsel personally, or through Defense Counsel's investigators and support staff, may show unredacted discovery items to witnesses in regard to items or events about which a witness may have personal knowledge. Defense Counsel and Defense Counsel's investigators and support staff shall not allow the defendant or witnesses to copy Protected Information contained in the discovery.

    *B.* The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.

The discovery is now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel shall return the discovery to the United States or will certify that it has been shredded or destroyed. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been shredded or destroyed.

C. Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to this Protective Order.

D. Defense Counsel shall be responsible for advising Defense Counsel's client/defendant, employees, witnesses, and other members of the defense team of the contents of the Protective Order.

E. The Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR A DISCOVERY PROTECTIVE ORDER - 3